UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANK WITHROW & JANE DOE WITHROW, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC POWER CORPORATION PACIFICORP ("PACIFICORP"), a MidAmerican Energy Holding Company,<br><br>Defendant. | NO: 11-CV-3120-TOR<br><br>ORDER GRANTING STIPULATED DISMISSAL |

Before the Court is the parties' Stipulated Notice of Dismissal (ECF No. 26). The parties stipulated and agreed that this matter has been fully compromised and settled, with each party to bear its own costs and attorneys' fees.

**Accordingly, IT IS HEREBY ORDERED**:

All claims and counterclaims in the above-entitled matter are hereby **DISMISSED** with prejudice and without attorney fees or costs to any party.

ORDER GRANTING STIPULATED DISMISSAL ~ 1

1   The District Court Executive is hereby directed to enter this Order and

2   furnish copies to counsel and **CLOSE** the file.

3   **DATED** this 15th day of August, 2012.

4                              *s/ Thomas O. Rice*

5                              THOMAS O. RICE
                                United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING STIPULATED DISMISSAL ~ 2